# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Maria T Archuleta,<br><br>　　　　Plaintiff,<br><br>v.<br><br>1A Smart Start LLC,<br><br>　　　　Defendant. | **NO. CV-20-00973-PHX-DJH**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed March 12, 2021, which granted the Motion to Dismiss, the Complaint and action are hereby dismissed with prejudice.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

March 12, 2021

　　　　　　　　　　　　　　　　　　s/ L. Dixon
　　　　　　　　　　　　　　By　　Deputy Clerk